# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

### FEBRUARY 1999 SESSION



FILED

March 09, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | NO. 02C01-9805-CR-00146 |
| Appellee, | ) | |
| | ) | SHELBY COUNTY |
| VS. | ) | |
| | ) | HON. W. FRED AXLEY, |
| THOMAS BOONE, | ) | JUDGE |
| | ) | |
| Appellant. | ) | (Voluntary Manslaughter) |

FOR THE APPELLANT:

EDWIN C. LENOW
100 N. Main Building #2325
Memphis, TN 38103-0523

FOR THE APPELLEE:

PAUL G. SUMMERS
Attorney General and Reporter

J. ROSS DYER
Assistant Attorney General
Cordell Hull Building, 2nd Floor
425 Fifth Avenue North
Nashville, TN 37243-0493

WILLIAM L. GIBBONS
District Attorney General

ROSEMARY ANDREWS
Assistant District Attorney General
201 Poplar Avenue, Suite 301
Memphis, TN 38103-1947

OPINION FILED: _____

AFFIRMED

JOE G. RILEY,
JUDGE

**OPINION**

Defendant appeals as of right from his conviction by a Shelby County jury of voluntary manslaughter. The sole issue raised is venue. We find venue was properly established and AFFIRM the judgment of the trial court.

On March 21, 1997, several Collierville Police officers responded to a call at 174 Woodfern Cove, Collierville, Tennessee. Defendant had shot and killed Ellis L. Morris. Officer Bunker testified that 174 Woodfern Cove is in Collierville. Officer Flynn testified that Collierville is in Shelby County, Tennessee.

The testimony at trial clearly established venue. *See* Tenn. Code Ann. § 39-11-201(e); State v. Hutcherson, 790 S.W.2d 532, 535 (Tenn. 1990). We AFFIRM the judgment of the trial court.

_____
**JOE G. RILEY, JUDGE**

**CONCUR:**

_____
**JOHN H. PEAY, JUDGE**

_____
**JAMES C. BEASLEY, SR., SPECIAL JUDGE**